# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

ADRIENNE L. DERIEN-ROACH    )
    )
    Plaintiff,    )
    )
    )  CIVIL ACTION
v.    )  FILE NO.  CV 422-237
    )
    )
CHATHAM COUNTY    )
    ) **JURY TRIAL DEMANDED**
    Defendant.    )
    )
    )

## COMPLAINT FOR DAMAGES

**COMES NOW** Plaintiff Adrienne L. Derien-Roach, by and through her undersigned counsel of record, and files this Complaint for Damages against Defendant Chatham County, showing the Court as follows:

## JURISDICTION AND VENUE

1.

Plaintiff brings this action under 42 U.S.C. § 1981a and Title VII of the Civil Rights Act of 1964, as amended 42 U.S.C. § 2000(e) et seq. (hereinafter, "Title VII) for gender discrimination and to recover reasonable attorneys' fees and costs as allowed under the aforementioned federal statutes.

1

2.

Plaintiff invokes the jurisdiction of this Court pursuant to 28 U.S.C. §§1331, 1343 on the grounds that this action arises under Title VII.

3.

Venue is proper in this district and division pursuant to 28 U.S.C. § 1391(b)(1) because Defendant resides in the State of Georgia and Defendant resides within the Southern District of Georgia.

**PARTIES**

4.

Plaintiff Adrienne L. Derien-Roach ("Plaintiff" or "Derien") is an individual residing in the State of Georgia.

5.

Plaintiff is subject to the jurisdiction and venue of this Court.

6.

Defendant is an employer, is a recognized legal entity as a state polity in Georgia that is entitled to do business in Georgia, and may be served with Summons and Complaint in this action through the Board of Commissioners

2

of Chatham County and their respective agents, at 124 Bull Street, Suite 210,

Savannah, Georgia 31401.

7.

At all times relevant to this action, Plaintiff was an employee of

Defendant.

8.

Defendant is a recognized legal entity, is a local state polity, and is

licensed to do business in the State of Georgia.

9.

Defendant has employed fifteen or more employees for each working

day in at least twenty weeks during each and every calendar year that is

relevant to this action.

10.

Plaintiff has obtained a right to sue letter from the Equal Employment

Opportunity Commission. See Exhibit A.

**FACTUAL BACKGROUND**

11.

Plaintiff hereby incorporates all previous Paragraphs as if fully

restated herein.

12.

Defendant is a local state polity charged with various local government powers and responsibilities including maintaining local parks.

13.

Plaintiff, a female, was hired by Defendant as a Recreation Aid on or around July 2014 and her current position is a Recreation Leader.

14.

Plaintiff subsequently was approved to begin her commercial driver's license training ("CDL") at the expense of Defendant by Lorenzo Bryant, Defendant's Recreation Manager.

15.

On or around November 23, 2021, Steve Proper, Defendant's Director overseeing park services, informed Plaintiff she could not finish her CDL training because it was beyond the scope of her job description.

16.

Notwithstanding on or around December 2021, Andy Rock, Plaintiff's male colleague, was allowed to begin his CDL training, with the knowledge and approval of Steve Proper, notwithstanding CDL training being outside of Andy Rock's job description.

17.

Plaintiff was allowed to continue her CDL training by Steve Proper only if she would take a different position, thus changing the terms and condition of her employment.

18.

Lorenzo Bryant had the authority to make the decision to approve Plaintiff's CDL training, and he did make such approval.

19.

Defendant's Deputy Director of park and recreation services, Antonio Murphy, recommended Plaintiff be allowed to finish her CDL training, but Steve Proper still denied it.

20.

Subsequently, Plaintiff obtained her CDL on her own and requested Defendant to reimburse her for costs associated with it.

21.

On or around March 30, 2022, Defendant declined to reimburse Plaintiff for costs associated with obtaining the CDL on her own.

## COUNT I
## GENDER DISCRIMINATION IN
## VIOLATION OF TITLE VII

22.

Plaintiff re-alleges the preceding paragraphs as if set forth fully

herein.

23.

Defendant discriminated against Plaintiff while she was employed at

Chatham County by, among other things, treating her less favorably than

male employees, depriving her of economic opportunities by training male

employees and not female employees at county expense, and preventing

Plaintiff from receiving the same fringe benefit on account of her sex.

24.

The effect of Defendant's conduct was to deprive Plaintiff of

economic opportunities, and otherwise adversely affected Plaintiff's status

as an employee because of her sex.

25.

As a direct and proximate result of Defendant's actions, Plaintiff has

experienced adverse effects to both her psychological, physical well-being,

and other damages in an amount to be determined at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for:

1) General damages for mental and emotional suffering caused by Defendant's misconduct;

2) Punitive damages based on Defendant's willful, malicious, intentional, reckless, and deliberate acts, including Defendant's ratification, condonation, and approval of said acts of its agents;

3) Reimbursement, special damages and/or liquidated damages for lost fringe benefits, and post judgment interest thereon as permitted by law;

4) Reasonable attorneys' fees and expenses of litigation pursuant to 42 U.S.C. § 2000e-5(k);

5) Trial by jury as to all issues;

6) Prejudgment interest at the rate allowed by law;

7) Declaratory relief to the effect that Defendant has violated Plaintiff's statutory rights;

8) Compensatory damages;

9) All other relief to which Plaintiff may be entitled.


Respectfully submitted this 7th day of October 2022.

/s/ Shania Cherell King
Shania Cherell King
Georgia Bar No. 983088
1075 Peachtree Street, #570096

7

8

Atlanta, Georgia 30357
Telephone:  678-793-7975
Email:shania@shaniakinglaw.com


David G. Cheng
Georgia Bar No. 762468
*(Pro Hac Vice Admission Pending)*
CHENG LAW, INC.
260 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
Telephone: 334-451-4346
Email: david@considerdavidcheng.com

*Attorneys for Plaintiff*