UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ADRIENNE L. DERIEN-ROACH,  )
                            )
    Plaintiff,            )
                            )
v.                          )    CV422-237
                            )
CHATHAM COUNTY,             )
                            )
    Defendant.            )

## ORDER

The Court directed the parties to submit, following their Rule 26(f) conference, a report "conform[ing] to the language and format of the Form Rule 26(f) Report for use in Judge Baker cases." Doc. 2 at 2. The Rule 26(f) Report filed by the parties does not meet this requirement. Doc. 12. The parties are **DIRECTED** to resubmit their Report using the proper form and providing all requested information within seven days from the date of entry of this Order. A copy of Judge Baker's form can be located

on the Court's website www.gasd.uscourts.gov under "Forms." The parties' initial Report is **TERMINATED**. Doc. 12.

**SO ORDERED**, this 3rd day of January, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA