UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| ADRIENNE L. DERIEN-ROACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CV422-237 |
| | ) | |
| CHATHAM COUNTY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court stayed all deadlines in this case pending a July 28, 2023 settlement conference before the undersigned. Doc. 27. The parties were unable to resolve this case at the conference. Accordingly, the Clerk is **DIRECTED** to lift the stay. When the parties moved for a settlement conference and stay of all deadlines on June 22, 2023, doc. 26, the only remaining deadline in the operative Amended Scheduling Order was the June 23, 2023 deadline for filing civil motions, including *Daubert* motions

but excluding motions *in limine*. Doc. 23 at 2. That deadline is now reset for September 1, 2023.

**SO ORDERED**, this 28th day of July, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA