IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ADRIENNE L. DERIEN-ROACH,

    Plaintiff,

v.

CHATHAM COUNTY,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-237

**O R D E R**

Before the Court is the Magistrate Judge's July 10, 2024 Report and Recommendation, (doc. 38), to which no objections have been filed. After a careful de novo review of the entire record, the Court agrees with the Magistrate Judge's recommendation. The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 38), as its opinion and **GRANTS** Defendant's Motion for Summary Judgment, (doc. 31). Plaintiff's claim is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 30th day of July, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA