AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ADRIENNE L. DERIEN-ROACH,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:22-cv-237

CHATHAM COUNTY,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated July 30, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant's motion for summary judgment is granted and Plaintiff's claims are dismissed. This case stands closed.

Approved by: _____

July 31, 2024
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03